IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DIANA M. CAMPITELLI, | : | |
| Plaintiff | : | |
| v. | : | Civil Action No. L-01-0423 |
| LISA DUERLING, et al., | : | |
| Defendants | : | |

o0o

**ORDER**

Plaintiff, Diane M. Campitelli, has filed a Motion for Leave to Proceed *In Forma Pauperis*, however, she did not provide any of the information requested on the form. Instead, she simply incorporated by reference information provided in an earlier case, Civil Action No. L-01-0085. Although leave to proceed *in forma pauperis* was granted in that case, that decision was based in large part on the motion for leave to proceed *in forma pauperis* filed by a co-plaintiff who had no income or assets. Ms. Campitelli on the other hand is employed, making slightly over $20,000.00 per year. She has cash reserves of $531.00. Although she lists substantial credit card debt and tithes, her monthly living expenses total only $377.11.[1] She is also able to support a "family friend." Under these circumstances Plaintiff has the ability to pay the filing fee and costs of this action without any undue hardship.

Accordingly, it is, this 16TH day of February 2001, hereby **ORDERED** that:

1. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* is **Denied**;

---

[1] It appears from a separate sheet that certain expenses such as the mortgage and utilities are paid by her estranged husband.

2. Plaintiff will be allowed a period of thirty (30) days from the date of this Order in which to submit the filing fee of $150.00 to the Court. Plaintiff is advised that if she fails to pay the filing fee, this case will be dismissed without prejudice;

3. Upon receipt of the filing fee the Clerk is directed to issue summonses and return them along with the service copies of the complaint to Plaintiff for service via private process; and

4. The Clerk is directed to mail a copy of this Order to Plaintiff.

_____
Benson Everett Legg
United States District Judge