UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Chambers of
BENSON EVERETT LEGG
United States District Judge

March 13, 2001

101 West Lombard Street
Baltimore, Maryland 21201
(410) 962-0723

MEMORANDUM TO MS. CAMPITELLI AND MR. BELL

      Re:    Diana M. Campitelli v.
                Thomas L. Osborne, et al.
                Civil #L-00-2796

                Diana M. Campitelli v.
                Lisa Duerling, et al.
                Civil #L-01-423

Dear Ms. Campitelli and Mr. Bell:

    Plaintiff, Diana M. Campitelli, who is appearing *pro se*, has filed a Power of Attorney to John Andrew Noonan. The apparent intent of this document is to authorize Mr. Noonan, who is not an attorney, to represent Ms. Campitelli in two of Ms. Campitelli's cases, L-00-2796 and L-01-423.

    Mr. Noonan cannot represent Ms. Campitelli. Ms. Campitelli is an adult, and she is neither incompetent nor incapacitated. During a conference call yesterday afternoon, Ms. Campitelli appeared fully alert and capable of understanding the proceedings.

    Mr. Noonan may not appear in court on Ms. Campitelli's behalf; he is not entitled to attend depositions; he may no longer call chambers about Ms. Campitelli's case; and Mr. Bell is not required to respond to Mr. Noonan's letters or phone calls about the case.

    Accordingly, the Clerk is hereby directed to docket the Power of Attorney but to disregard it.

    Despite the informal nature of this memorandum, it shall constitute an Order of Court and the Clerk is directed to docket it accordingly.

                                          Very truly yours,

                                          Benson Everett Legg

c:      Court file

