IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DIANA M. CAMPITELLI | : |
| v. | : CIVIL NO. L-01-423 |
| LIS DUERLING, et al. | : |

### ORDER

On March 21, 2001, the Court closed the instant case. On September 10, 2001, the United States Court of Appeals for the Fourth Circuit dismissed Plaintiff's appeal. On July 15, 2002, Plaintiff filed motions for recusal and change of venue.

These motions come too late. Not only are the motions time-barred, but they raise no new grounds upon which the Court could afford Ms. Campitelli the relief which she is seeking. Accordingly, Plaintiff's motions are DENIED.

It is so ORDERED this 24 day of October, 2002.

Benson Everett Legg
United States District Judge

